# Court of Appeals
# of the State of Georgia

ATLANTA,   May 23, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0366.   CORNELIUS HASTON, JR. et al. v. HOMEWARD RESIDENTIAL, INC.**

Cornelius and Sandra Haston filed this application for discretionary appeal seeking review of the trial court's order dismissing defendant Homeward Residential, Inc. from this wrongful foreclosure case.  It appears from the materials submitted, however, that two other defendants remain in the case.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment.  In such circumstances, there must be an express determination under OCGA § 9-11-54 (b) or there must be compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b).  Where neither of these code sections are followed, the appeal is premature and must be dismissed." (Citations and punctuation omitted.) *Johnson v. Hospital Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989).  And OCGA § 5-6-35, the discretionary appeal statute, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996).

Because the Hastons failed to comply with the Court's interlocutory appeal procedure, this discretionary application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  05/23/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*